# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES FLOWERS
ADC #138492                                                    PETITIONER

v.                          No. 5:16-cv-272-DPM

WENDY KELLEY, Director, ADC                                    RESPONDENT

## ORDER

1. Motion, № 36, granted as modified. Objections due by 23 June 2017.

2. Motion, № 33, denied. The Clerk received and filed Flowers's paper on 6 January 2017. The Court directs the Clerk to send Flowers a copy of his motion, № 30, and a copy of the docket sheet.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 May 2017