IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES FLOWERS                                                             PETITIONER
ADC #138492

v.                          Case No. 5:16-cv-00272-KGB/JTK

WENDY KELLEY, *Director*                                                 RESPONDENT
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner James Flowers' petition and denies the requested relief.

So adjudged this the 16th day of July, 2018.

                                                Kristine G. Baker
                                                United States District Judge